**STATE of Missouri, Respondent,**

v.

**Gary SILINZY, Appellant.**

**No. 64086.**

Missouri Court of Appeals,
Eastern District,
Division Three.

Sept. 13, 1994.

Robert E. Steele, Jr., Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANE, P.J. and CRIST and CRANDALL, JJ.

**ORDER**

PER CURIAM.

Defendant appeals after a jury convicted him of first degree assault and armed criminal action. We affirm.

Further, we find no jurisprudential purpose would be served by a written opinion and affirm by summary order. Rule 30.-25(b). A memorandum setting forth the rea-

sons for our decision has been issued to the parties for their use only.